IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHESTER ALLEN COKER,                    No. CIV-S-05-1814 MCE/CMK P

        Petitioner,

   v.                                      ORDER

DAVID L. RUNNELS,
WARDEN, ET AL.,

        Respondents.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On September 15, 2005, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Petitioner has not filed objections to the findings and
2  recommendations.
3     The court has reviewed the file and finds the findings and
4  recommendations to be supported by the record and by the
5  magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
6  that:
7     1.  The findings and recommendations filed September 15,
8  2005, are adopted in full; and
9     2.  Petitioner's application for a writ of habeas corpus is
10 dismissed for failure to exhaust state remedies.
11 DATED: October 21, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE